UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHRISHANTHI SQUIRES,

            Plaintiff,

-against-

OSWEGO HEALTH,

            Defendant,

STIPULATION OF DISMISSAL

Civil Action NO 5:10-CV-00689

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 23 2011
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above action be, and the same hereby is dismissed as against all parties, with prejudice upon the merits, and without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Syracuse, New York
       March 11, 2011

LEGAL SERVICES OF CENTRAL
NEW YORK

By: _____
CRYSTAL M. DOODY, ESQ.
Attorneys for Plaintiff
472 South Salina Street, Suite 300
Syracuse, New York 13202

Dated: Albany, New York
      March 11, 2011

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
THOMAS M. WITZ, ESQ.
Attorneys for Defendants
677 Broadway, 9th Floor
Albany, New York 12207

SO ORDERED: _____
                Honorable David E. Peebles

304532.1